IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

METAL SALES MANUFACTURING CORPORATION                                    PLAINTIFF

VERSUS                                             CIVIL ACTION NO. 3:06cv202-HTW-JCS

WERNE & ASSOCIATES, INC.                                                 DEFENDANT

### ORDER OF DISMISSAL

THE PARTIES having agreed to and announced to the Court a settlement of this case, and the Court being desirous that this matter be finally closed on its docket,

IT IS, THEREFORE, ORDERED that this case is hereby DISMISSED WITH PREJUDICE as to all parties. If any party fails to consummate this settlement within thirty (30) days, any aggrieved party may reopen the case for enforcement of the settlement agreement within ten (10) days; and, if successful, all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to consummate the agreement.

This settlement agreement constitutes a global release as to all claims and as to all parties with prejudice.

SO ORDERED, this the 29th day of September, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

| | |
|---|---|
| METAL SALES MANUFACTURING CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WERNE & ASSOCIATES, INC. )<br>)<br>Defendant. ) | No. 3:06 CV 202HTW -JOS |

### RULE 41(A) STIPULATION OF DISMISSAL WITH PREJUDICE

Metal Sales Manufacturing Corporation and Werne and Associates, Inc., the only parties to the above - styled action, hereby stipulate that this action should be dismissed with prejudice, and that each party bear its own costs.

Respectfully submitted,

WYATT, TARRANT & COMBS, LLP

*[signature]*

Scott Ostrow (MS 101035)
1715 Aaron Brenner Drive, Suite 800
Memphis, Tennessee 38120
(901) 537-1000
(901) 537-1010 (Fax)

*Attorneys for Plaintiff Metal Sales Manufacturing Corporation*

KREBS FARLEY & PELLETERI, PLLC

_____
Dorsey R. Carson, Jr. (MS 10493)
One Jackson Place, Suite 900
188 E. Capitol St.
Jackson, Mississippi 39201
(601) 968-6710
(601) 968-6708 (Fax)

*Attorneys for Defendant Werne & Associates, Inc.*

KREBS FARLEY & PELLETERI, PLLC

_____
Dorsey R. Carson, Jr. (MS 10493)
One Jackson Place, Suite 900
188 E. Capitol St.
Jackson, Mississippi 39201
(601) 968-6710
(601) 968-6708 (Fax)

*Attorneys for Defendant Werne & Associates, Inc.*